Fanning *v.* Farley.

FANNING *vs.* FARLEY.

In ejectment, the plaintiff omitted to state in his declaration what title he claimed, and on the trial the defendant objected to his proving a title in fee; but the circuit judge overruled the objection, and the plaintiff had a verdict for an estate in fee, and then moved the court to amend the declaration; *held* that the amendment should be allowed upon payment of the costs of opposing the motion: the verdict to stand.

IN ejectment, the declaration omitted to state what interest, whether a fee or a lesser estate, the plaintiff claimed in the premises. (2 *R. S.* 304, § 10.) But the defendant knew before the trial that the plaintiff claimed an estate in fee. On the trial the plaintiff proved a title in fee, and the jury found in his favor that he was entitled to an estate in fee in the premises. The defendant objected to evidence showing a title in fee, because no such claim was made in the declaration; but the judge overruled the objection, and the defendant excepted. A bill of exceptions had been settled.

*D. Tillinghast* now moved that the plaintiff have leave to amend the declaration, by stating therein that the plaintiff claims an estate in fee in the premises. He cited 11 *Wend.* 53; 6 *Cowen,* 590; 2 *R. S.* 425, § 7, *sub.* 9; 17 *Wend.* 80; 12 *id.* 170; 1 *Hill,* 129; 2 *id.* 126; 1 *Cowen,* 131; 6 *Wend.* 668.

*N. Hill, Jr.* for defendant. No case has gone far enough to allow this amendment. If allowed, it should be on payment of all costs since the declaration, and granting a new trial.

*By the Court,* BRONSON, Ch. J. We think the amendment should be allowed on payment of the costs of opposing the motion, and without granting a new trial.

Ordered accordingly.